EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Víctor Rojas Rojas | 2012 TSPR 136<br><br>186 DPR ____ |

Número del Caso: TS-15,044


Fecha: 6 de septiembre de 2012


Abogado de la Parte Peticionaria:

      Lcda. Margarita Carrillo Iturrino


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor Rojas Rojas                    TS-15,044

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de septiembre de 2012.

Examinada la *Moción en Cumplimiento de Orden*, se reinstala al Lcdo. Víctor Rojas Rojas al ejercicio de la abogacía. No obstante, se refiere al Procurador General la queja AB-2011-322 para la investigación y el informe correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres disiente y denegaría la reinstalación al ejercicio de la profesión en esta etapa. En su lugar, tomaría la moción del Sr. Víctor Rojas Rojas como su autorización a que el Procurador General investigue los pormenores de la queja pendiente y a la luz del resultado de esa investigación nos informe su recomendación sobre la solicitud de reinstalación del abogado. El Juez Asociado señor Rivera García disiente y denegaría la reinstalación al ejercicio de la abogacía en esta etapa de los procedimientos. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo